UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CAROLYN BASLER,**

    **Plaintiff,**

vs.                                                                 CASE NO.: 8:21-cv-1066-VMC-SPF

**AETNA LIFE INSURANCE COMPANY,**

    **Defendants.**

_____/

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR PERMISSION TO CANCEL MEDIATION

COME NOW, the Plaintiff and the Defendant, by and through the undersigned counsel and hereby notify the Court that this matter was settled pursuant to Local Rule 3.09(a). This Court's Order Appointing Mediator dated July 8, 2021 provides that the parties cannot cancel the mediation without first obtaining leave of Court even if the parties have reached a settlement. Accordingly, the parties respectfully request this Honorable Court allow them to cancel the mediation scheduled for October 7, 2021.

The parties will file an appropriate Stipulation dismissing this matter once the final settlement documents have been executed.

Date:  September 17, 2021

| | |
|---|---|
| _____/s/Gregory D. Swartwood_____ | _____/s/Jonathan M. Fordin_____ |
| Gregory D. Swartwood, Esquire | Jonathan M. Fordin, Esquire |
| Florida Bar No. 858625 | Florida Bar No. 371637 |
| The Nation Law Firm, LLP | Shutts & Bowen LLP |
| 570 Crown Oak Centre Drive | 200 South Biscayne Blvd., Suite 4100 |
| Longwood, FL  32750 | Miami, FL  33131 |
| Telephone:  (407) 339-1104 | Telephone:  (305) 347-7390 |
| Facsimile:  (407) 339-1118 | Facsimile:  (305) 347-7790 |
| Email:  gswartwood@nationlaw.com | Email:  jfordin@shutts.com |
| Attorneys for Plaintiff | Attorneys for Defendant |