UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CAROLYN BASLER,**

    **Plaintiff,**

vs.                          CASE NO.: 8:21-cv-1066-VMC-SPF

**AETNA LIFE INSURANCE COMPANY,**

    **Defendants.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff and the Defendant, by and through the undersigned counsel, and hereby state as follows:

Pursuant to Fed. R. Civ. P. 41(a), the parties hereby stipulate to the dismissal of this matter with prejudice, each party to bear its own costs and fees.

Date: November 10, 2021

| | |
|---|---|
| ___/s/Gregory D. Swartwood_____ | ___/s/Jonathan M. Fordin_____ |
| Gregory D. Swartwood, Esquire | Jonathan M. Fordin, Esquire |
| Florida Bar No. 858625 | Florida Bar No. 371637 |
| The Nation Law Firm, LLP | Shutts & Bowen LLP |
| 570 Crown Oak Centre Drive | 200 South Biscayne Blvd., Suite 4100 |
| Longwood, FL  32750 | Miami, FL  33131 |
| Telephone:  (407) 339-1104 | Telephone:  (305) 347-7390 |
| Facsimile:  (407) 339-1118 | Facsimile:  (305) 347-7790 |
| Email:  gswartwood@nationlaw.com | Email:  jfordin@shutts.com |
| Attorneys for Plaintiff | Attorneys for Defendant |